UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES STATEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOVERNOR OF MISSISSIPPI,<br><br>    Defendant. | Case No. 11-cv-303-JPG-DGW |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed.

**DATED: April 18, 2011**      **NANCY J. ROSENSTENGEL, Clerk of Court**

    **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**